# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

Civil Action No. 14-174-HRW

**RYAN SCOTT HODGE,**                                                  **PLAINTIFF,**

v.                                    **<u>ORDER</u>**

**GARY BECKSTROM,** *et al.*,                                     **DEFENDANTS.**

      **IT IS HEREBY ORDERED** that the **PRETRIAL CONFERENCE** scheduled for November 17, 2020 be **CONTINUED** to **TUESDAY, DECEMBER 8, 2020** at **10 a.m.** at the United States District Courthouse in Ashland, Kentucky.

      This 11th day of November 2020.

Signed By:
<u>Henry R Wilhoit Jr.</u>
United States District Judge